**Order entered January 11, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00354-CV

**PAMELLA JOINER, Appellant**

**V.**

**THE WEITZMAN GROUP, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16489**

### ORDER

Before the Court is appellant's January 9, 2023 fourth motion for extension of time to file her brief. We **GRANT** the motion and extend the time to **January 30, 2023**. We caution appellant that further extension requests will be disfavored.

/s/ KEN MOLBERG
   JUSTICE